IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thanh Tuan Tran,<br><br>             Petitioner,<br><br>vs.<br><br>Michael J. Donahue, et al.,<br><br>             Respondents. | No. CV-17-02693-PHX-SPL<br><br>**ORDER** |

Petitioner Thanh Tuan Tran, through counsel, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). On March 28, 2018, Petitioner was released from custody, and has requested that the petition be dismissed as moot in accordance with the Report and Recommendation ("R&R") issued in this case. (Docs. 11, 14.) Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge David K. Duncan's Report and Recommendation (Doc. 11) is **accepted** and **adopted** by the Court;

2. That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and this action are **dismissed as moot**;

3. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

/ / /

/ / /

4. That the Clerk of Court shall **terminate** this action.

Dated this 24th day of April, 2018.

_____
Honorable Steven P. Logan
United States District Judge